IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAIDEN MICHELLE RENEE FERGUSON            PLAINTIFF

v.            No. 3:16-cv-238-DPM

PATRICIA MARSHALL, Jailer/Administration,
Poinsett County Detention Center; and
LARRY MILLS, Sheriff,
Poinsett County Detention Center            DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ferguson's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2016