IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAIDEN MICHELLE RENEE FERGUSON                         PLAINTIFF

v.                        No. 3:16-cv-238-DPM

PATRICIA MARSHALL, Jailer/Administration,
Poinsett County Detention Center; and
LARRY MILLS, Sheriff,
Poinsett County Detention Center                       DEFENDANTS

## JUDGMENT

Ferguson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2016